1 FRANK P. SARRO (SBN 129780)
225 Bush Street, 16th Floor
2 San Francisco, California 94104
Telephone (415) 439-8877
3
Attorney for Plaintiff
4 JOEMERCY LINGAN

5 SHAW VALENZA LLP
D. Gregory Valenza (SBN 16125)
6 Timothy L. Reed (SBN 258034)
300 Montgomery St., Suite 788
7 San Francisco, California 94104
Telephone (415) 983-5960
8
Attorneys for Defendant
9 PROFESSIONAL HEALTHCARE AT HOME, LLC

10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA

13

14 JOEMERCY LINGAN,              )    Case No. C-12-4630 CRB
                                 )
15         Plaintiff,            )    STIPULATION AND [PROPOSED]
                                 )    ORDER RESCHEDULING CASE
16     v.                        )    MANAGEMENT CONFERENCE FROM
                                 )    DECEMBER 7 TO DECEMBER 14, 2012
17 PROFESSIONAL HEALTHCARE       )
   AT HOME, LLC, et al.,         )
18                               )
           Defendants.           )
19 _____)

20      WHEREAS, plaintiff's counsel has a scheduling conflict on December 7, 2012, the date

21 initially set for the case management conference in this case; and

22      WHEREAS, the parties through their respective counsel, have met and conferred and

23 agreed to reschedule the case management conference to December 14, 2012,

24      THE PARTIES HERETO STIPULATE, through their respective counsel, that the case

25 management conference in the above case may be rescheduled to December 14, 2012, at 8:30

26 a.m., or on such other date as is convenient to the Court's calendar.

27      IT IS HEREBY STIPULATED AS PROVIDED ABOVE:

28

_____
Stip & Order Rescheduling CMC to 12-14-12

| | | |
|---|---|---|
| 1 | Dated: October 17, 2012 | FRANK P. SARRO |
| 2 | | |
| 3 | | _____ |
| 4 | | Attorney for Plaintiff |
| 5 | Dated: October 17, 2012 | SHAW VALENZA LLP |
| 6 | | |
| 7 | | By_____ |
| 8 | | D. Gregory Valenza<br>Attorneys for Defendant |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the case management conference initially scheduled for December 7, 2012, shall be and hereby is rescheduled to December 14, 2012, at 8:30 a.m., in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: _____ October 19 , 2012

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

Stip & Order Rescheduling CMC to 12-14-12  - 2 -