| | |
|---|---|
| 1 | FRANK P. SARRO (SBN 129780) |
| 2 | 225 Bush Street, 16th Floor<br>San Francisco, California 94104 |
| 3 | Telephone (415) 439-8877 |
| 4 | Attorney for Plaintiff<br>JOEMERCY LINGAN |
| 5 | SHAW VALENZA LLP |
| 6 | D. Gregory Valenza (SBN 16125)<br>Timothy L. Reed (SBN 258034) |
| 7 | 300 Montgomery St., Suite 788<br>San Francisco, California 94104 |
| 8 | Telephone (415) 983-5960 |
| 9 | Attorneys for Defendant<br>PROFESSIONAL HEALTHCARE AT HOME, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEMERCY LINGAN, | ) | Case No. C-12-4630 CRB |
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|  | ) | ORDER RESCHEDULING CASE |
| v. | ) | MANAGEMENT CONFERENCE |
|  | ) |  |
| PROFESSIONAL HEALTHCARE | ) |  |
| AT HOME, LLC, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

WHEREAS, due to scheduled surgery, plaintiff's counsel has a scheduling conflict on December 14, 2012, the date set for the case management conference in this case; and

WHEREAS, the parties through their respective counsel, have met and conferred and agreed to reschedule the case management conference to January 18, 2013,

THE PARTIES HERETO STIPULATE, through their respective counsel, that the case management conference in the above case may be rescheduled to January 18, 2013, at 8:30 a.m., or on such other date as is convenient to the Court's calendar.

IT IS HEREBY STIPULATED AS PROVIDED ABOVE:

_____
Stip & Order Rescheduling CMC

1  Dated: November 27, 2012                    FRANK P. SARRO

2

3                                              _____
4                                              Attorney for Plaintiff

5  Dated: November 27, 2012                    SHAW VALENZA LLP

6

7                                              By_____
                                                   Timothy L. Reed
8                                                  Attorneys for Defendant

9       GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the case

10  management conference scheduled for December ~~13~~ 14, 2012, shall be and hereby is rescheduled to

11  January 18, 2013, at 8:30 a.m., in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San

12  Francisco, California.

13  Dated: __December 5,_____, 2012

14                                              _____
                                                HONORABLE CHARLES R. BREYER
15                                              UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

_____
Stip & Order Rescheduling CMC            - 2 -