SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Julia C. Melnicoe, Bar No. 267155
jmelnicoe@shawvalenza.com
300 Montgomery Street, Suite 788
San Francisco, California  94104
Telephone:     (415) 983-5960
Facsimile:      (415) 983-5963

Attorneys for Defendant
PROFESSIONAL HEALTHCARE AT HOME,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEMERCY LINGAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PROFESSIONAL HEALTHCARE AT HOME, LLC, and DOES 1 through 200, inclusive,<br><br>　　　　　　　Defendants. | Case No.  C 12-04630 CRB<br><br>**DEFENDANT'S CASE MANAGEMENT STATEMENT (UPDATED)**<br><br>Date:         April 18, 2014<br>Time:        8:30 a.m.<br>Judge:       Hon. Charles R. Breyer<br>Courtroom: 6 |

Defendant PROFESSIONAL HEALTHCARE AT HOME, LLC, submits this update pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9:

On November 1, 2013, the Court granted Plaintiff's counsel's Motion to Withdraw. The Court also continued the Case Management Conference scheduled for that date to January 31, 2014, and then again to February 7, 2014, to allow Plaintiff time to find a new attorney. The parties had no contact between November 1, 2013 and February 7, 2014.

On February 7, 2014, the Court initially called the case for the Case Management Conference at 8:41 a.m. Plaintiff was not present. The Court issued an Order to Show Cause regarding dismissal for failure to prosecute. Plaintiff appeared at 10:00 a.m., after Defendant's counsel had left, and requested an additional two months to obtain a new attorney. The Court withdrew the Order to Show Cause and set a new Case Management Conference for April 18, 2014.

As of this writing, Plaintiff has not contacted Defendant or indicated that she has obtained counsel. Defendant has not conducted any further discovery or taken any further action in this matter while Plaintiff searched for a new attorney.

Given that the case has now been inactive for nearly six months, Defendant requests that the Court reissue the Order to Show Cause regarding dismissal for failure to prosecute, or set appropriate dates for the trial and other relevant events.

Dated: April 4, 2014

Respectfully submitted,

SHAW VALENZA LLP

By: /s/D. Gregory Valenza
D. Gregory Valenza
Julia C. Melnicoe
Attorneys for Defendant
PROFESSIONAL HEALTHCARE AT HOME, LLC

331447.2.00133.072

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2014, I electronically filed the foregoing: DEFENDANT'S CASE MANAGEMENT STATEMENT (UPDATE) with the Clerk of the Court using the CM/ECF system and I certify that I have mailed by United States Postal Service the attached document to the following non-CM/ECF participant:

Joemercy Lingan
3107 Carlsen Street
Oakland, CA 94602
Plaintiff Pro Per

DATED: April 4, 2014          /s/Carolyn Angel
                              Carolyn Angel

331447.2.00133.072