UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEMERCY LINGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>PROFESSIONAL HEALTHCARE AT HOME, LLC,<br><br>        Defendant. | Case No. 12-cv-04630-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 43 |

The parties stated on the record on April 1, 2015, that they have settled this action. See ECF No. 43. Accordingly, all deadlines and hearings in this case are VACATED. By May 29, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on June 24, 2015 at 2 P.M., which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

IT IS SO ORDERED.

Dated: April 6, 2015

                                                  JON S. TIGAR
                                   United States District Judge